AO91 (Rev. 12/03)  Criminal Complaint                                               AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
              **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:13-po-03067

Alexis Antonio GUERRERO-Parra
IAE A205 994 542
Mexico 1994

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **April 12, 2013** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Alexis Antonio GUERRERO-Parra was encountered by Border Patrol Agents near Mission, Texas on April 12, 2013.  When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on April 12, 2013, by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Solis, Jesus  Border Patrol Agent
Signature of Complainant

Solis, Jesus    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 13, 2013                                                           at    McAllen, Texas
Date                                                                                    City/State

Peter E Ormsby          U.S. Magistrate Judge
   Name of Judge              Title of Judge                                         Signature of Judge